### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael L. Desch dba MLD's<br>　　　　　　　　Debtor | CHAPTER 13<br><br>BKY. NO. 16-70670 JAD |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Nationstar Mortgage LLC, and index same on the master mailing list.

Re: Loan # Ending In: 8420

     Respectfully submitted,

**/s/ Matthew J. McClelland,  Esquire**
Matthew J. McClelland, Esquire
mmcclelland@kmllawgroup.com
Attorney I.D. No.319482
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
Fax: 215-627-7734
Attorney for Movant/Applicant