# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | MICHAEL L DESCH |
| Case Number: | 16-70670-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, APRIL 13, 2017 03:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
4/19/17 2:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#2 - Final Confirmation of Plan Dated 9/23/2016 (NFC)
   +Objections By: Nationstar Mortgage LLC
R / M #: 2 / 0

### Appearances:

Debtor: [signature]
Trustee: Winnecour / Bedford / Pail / Katz
Creditor: Wormbrodt for Nationstar

### Proceedings:

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____ , effective _____ .
7. ✓ Plan/Motion continued to 8/3/17 at 2:30 pm
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____ .
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____ .
9. ____ Contested Hearing: _____ at _____ .
10. ____ Other:

Debtor seeking late entry in loss mitigation

Debtor separated from his wife - her income no longer an issue.

4/6/2017    1:22:33PM