# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | MICHAEL L DESCH |
| Case Number: | 16-70670-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, AUGUST 03, 2017 02:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
8/4/17 3:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#2 - Continued Confirmation of Plan Dated 9/23/2016 (NFC)
R / M #: 2 / 0

### Appearances:

Debtor: Seitz
Trustee: Winnecour / Bedford / Pail / Katz (Katz circled)
Creditor:

No payments
Since 3/17
Arrears thru 7/17
is $4410

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

The debtor(s) has no defense to dismissal, and the Trustee requests entry of an order dismissing the case without prejudice.

7/26/2017   3:41:24PM