Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Michael L Desch** : | Case No. 16−70670−JAD |
| **dba MLD's** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| : | Issued Per Aug. 3, 2017 Proceeding |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **4th day of August, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-70670-JAD
Michael L Desch                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: jhel              Page 1 of 1            Date Rcvd: Aug 04, 2017
                               Form ID: 309            Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2017.
db          +Michael L Desch,    421 W 18th Street,    Tyrone, PA 16686-2111
14294507    +Citibank/Best Buy,   Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
              St Louis, MO 63179-0040
14294508    +Debt Recovery Solution,    6800 Jericho Turnpike, Ste 113E,    Syosset, NY 11791-4401
14294511    +KML Law Group, P.C.,    Suite 5000-BNY Independence Center,    701 Market Street,
              Philadelphia, PA 19106-1538
14294510    +Keystone Col,   220 North Duke Str,    Lancaster, PA 17602-2710
14357606   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:   Nationstar Mortgage LLC,    Attn: Bankruptcy Dept.,    P.O. Box 619096,
              Dallas , TX 75261-9741)
14294512    +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14294514    +Trident Asset Management,    Po Box 888424,   Atlanta, GA 30356-0424
14294515    +Tyrone Hospital,   Attn: Billing,    187 Hospital Drive,    Tyrone, PA 16686-1898
14361576     UPMC Community Medicine,    PO Box 1123,   Minneapolis, MN 55440-1123
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           EDI: RECOVERYCORP.COM Aug 05 2017 01:08:00     Recovery Management Systems Corporation,
              25 S.E. Second Avenue,    Suite 1120,   Miami, FL 33131-1605
14337096     EDI: AIS.COM Aug 05 2017 01:08:00     American InfoSource LP as agent for,    Verizon,
              PO Box 248838,   Oklahoma City, OK 73124-8838
14294506    +E-mail/Text: bankruptcy@usecapital.com Aug 05 2017 01:21:21     Capital Accounts,
              Po Box 140065,   Nashville, TN 37214-0065
14297212     EDI: DISCOVER.COM Aug 05 2017 01:08:00     Discover Bank,   Discover Products Inc,
              PO Box 3025,   New Albany, OH 43054-3025
14294509    +EDI: DISCOVER.COM Aug 05 2017 01:08:00     Discover Financial,   Po Box 3025,
              New Albany, OH 43054-3025
14294513     EDI: PRA.COM Aug 05 2017 01:08:00     Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
14365747     EDI: PRA.COM Aug 05 2017 01:08:00     Portfolio Recovery Associates, LLC,    POB 12914,
              Norfolk VA 23541
14295035     EDI: RECOVERYCORP.COM Aug 05 2017 01:08:00     Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14294516    +EDI: VERIZONEAST.COM Aug 05 2017 01:08:00     Verizon,   500 Technology Dr,   Suite 500,
              Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                NATIONSTAR MORTGAGE LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Michael L Desch thedebterasers@aol.com
              Matthew John McClelland    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5