**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MICHAEL L DESCH

Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:16-70670 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/23/2016 and confirmed on 01/31/2017 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,755.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 4,755.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,781.14 | |
|   Trustee Fee | 213.01 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,994.15 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 2,760.85 | 0.00 | 2,760.85 |
|   Acct: 8420 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 13,099.05 | 0.00 | 0.00 | 0.00 |
|   Acct: 8420 | | | | |
| | | | | 2,760.85 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MICHAEL L DESCH | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KENNETH P SEITZ ESQ | 3,529.00 | 1,781.14 | 0.00 | 0.00 |
|   Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| CAPITAL ACCOUNTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |

| 16-70670 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 8983 | | | | |
| | CITIBANK NA(*) | 1,466.78 | 0.00 | 0.00 | 0.00 |
| | Acct: 5627 | | | | |
| | DEBT RECOVERY SOLUTIONS LLC | 157.43 | 0.00 | 0.00 | 0.00 |
| | Acct: 9449 | | | | |
| | DEBT RECOVERY SOLUTIONS LLC | 153.29 | 0.00 | 0.00 | 0.00 |
| | Acct: 9449 | | | | |
| | DISCOVER BANK(*) | 1,040.09 | 0.00 | 0.00 | 0.00 |
| | Acct: 1007 | | | | |
| | KEYSTONE COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2131 | | | | |
| | KEYSTONE COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2132 | | | | |
| | KEYSTONE COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0869 | | | | |
| | ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1966 | | | | |
| | KEYSTONE COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0867 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5627 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2624 | | | | |
| | TRIDENT ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2240 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR V | 2,009.90 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | TYRONE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UPMC COMMUNITY MEDICINE | 161.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 9449 | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                     2,760.85

TOTAL CLAIMED
PRIORITY          0.00
SECURED      13,099.05
UNSECURED     4,989.09

Date: 09/19/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com